**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTHONY E. MACK,** | ) NO. CV 16-6912-DDP (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| | ) |
| **DAVID BAUGHMAN, Warden,** | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 11, 2017

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE